## SUMMONS IN A CIVIL ACTION

## United States District Court
## for the District of Colorado

Civil Action Number:

TERESA BRIGANCE

    v.

                 PLAINTIFF,

THE VAIL CORPORATION,
D/B/A VAIL RESORTS MANAGEMENT COMPANY

                 DEFENDANTS.

**SUMMONS**

To the above named Defendant: The Vail Corporation, D/B/A Vail Resorts Management Company.

You are hereby summoned and required to serve upon

**Joseph D. Bloch and/or Trenton J. Ongert,**

Plaintiff's attorneys, whose address is:

**Bloch & Chapleau, LLC**
**1725 Gaylord Street**
**Denver, CO 80206**

AND FILE WITH THE CLERK OF THE COURT

an Answer to the Complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

By: _____

Deputy Clerk

(Seal of the Court)

Date:

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.