**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01394-WJM-NYW

TERESA BRIGANCE,

      Plaintiff,

v.

VAIL SUMMIT RESORTS, INC.

      Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the court pursuant to the Stipulation to Modify Scheduling Order to Extend Certain Deadlines (the "Motion"). [#34, filed January 25, 2016]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated August 18, 2015 [#12] and the memorandum dated January 26, 2016 [#35].

      IT IS ORDERED that the Motion is **GRANTED**:

1. The deadline by which to disclose affirmative experts is extended from February 1, 2016 to **March 15, 2016**;

2. The deadline by which to disclose rebuttal experts is extended from March 1, 2016 to **April 15, 2016**;

3. The deadline by which to complete discovery is extended from April 1, 2016 to **May 15, 2016**;

4. The deadline by which to file dispositive motions is extended from April 16, 2016 to **June 1, 2016**; and

5. The Final Pretrial Conference set for May 19, 2016 is VACATED and RESET for **July 7, 2016 at 10:30 am** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference.

DATED: January 27, 2016