## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01394-WJM-NYW

TERESA BRIGANCE,

    Plaintiff,

v.

VAIL SUMMIT RESORTS, INC.

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court pursuant to Plaintiff's Motion to Modify Scheduling Order to Extend Deadline for Plaintiff to Disclose Liability Expert and Report [#45, filed April 4, 2016]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated August 18, 2015 [#12] and the memorandum dated April 5, 2016 [#46]. The Parties were also before the court on various discovery issues on April 18, 2016, during which the court ordered the Parties to supplement existing discovery responses no later than April 27, 2016. *See* [#50].

    **IT IS ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART**:

1. The deadline by which Plaintiff must disclose her liability expert, Chris Wall, and propound a report pursuant to Fed. R. Civ. P. 26(a)(2)(B) is **EXTENDED** up to and including **May 4, 2016 but the deadline for disclosing all other experts remains set as April 6, 2016**;

2. The deadline by which to disclose rebuttal liability experts is **EXTENDED** up to and including **June 3, 2016 but the deadline for disclosing all other rebuttal experts remains set as May 9, 2016**;

3. The deadline by which to complete fact discovery **REMAINS SET** as **May 15, 2016**;

4. The deadline by which to complete expert discovery **REMAINS SET** as **June 17, 2016**;

5. The deadline by which to file dispositive motions is **EXTENDED** up to and including **July 1, 2016**;

6. The Final Pretrial Conference set for July 7, 2016 is VACATED and RESET for **August 23, 2016 at 9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference; and

7. **No further extensions will be entertained absent extraordinary circumstances**.

DATED: April 19, 2016